UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RAYMOND D. DAVIDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY )<br>)<br>Defendant. ) | Case No.: 14-1049 |

## **O R D E R**

On April 14, 2015, a Report and Recommendation [18] was filed by Magistrate Judge Jonathan E. Hawley in the above captioned case.  More than fourteen (14) days have elapsed since the filing of the Report and Recommendation, and no objections have been made.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  As the parties failed to present timely objections, any such objections have been waived.  Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report and Recommendation of the Magistrate Judge.  Suffice it to say that Davidson has brought this litigation appealing the Commissioner's denial of her application for disability insurance benefits.  Having reviewed and considered the Magistrate Judge's Recommended Decision, the Court concurs with the recommendations of the Magistrate Judge for the reasons set forth in his Report and Recommendations.

Accordingly, the Court now adopts the Report and Recommendation [18] of the Magistrate Judge in its entirety. Plaintiff's Motion for Summary Judgment [12] is GRANTED and the Commissioner's Motion for Summary Affirmance [16] is DENIED. This case is

remanded pursuant to Sentence Four of 42 USC § 405(g) in order for the ALJ to address the factors enumerated in the Magistrate Judge's Report and Recommendation that she did not address in deciding how much weight to accord Dr. Ergene's opinion in her October 26, 2012 Decision, to articulate the weight she gives Dr. Ergene's opinion following that discussion, and to revise her RFC accordingly.

    Entered this 26th day of May, 2015.

                                                    /s/ James E. Shadid
                                                    James E. Shadid
                                                    Chief United States District Judge